Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED 20 OCT '23 15:13 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Portland Division

| | |
|---|---|
| khalid Caldwell Sat | Case No. 22CR59655 |
| | 3:23-cv-1546-SI |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| Mike Schmite. Nikolas Matiatos. Marisa Fonseca | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | khalid Caldwell sat |
| Address | 6320 NE 6th ave |
| | portland           or           97211 |
| | *City           State           Zip Code* |
| County | Multhnomah |
| Telephone Number | 5038758608 |
| E-Mail Address | khalidsat88@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mike Schmite. |
| Job or Title *(if known)* | Multnomah County Distric Attorney |
| Address | 1200 S.W. 1st Avenue, Suite 5200 |
| | portland           or           97204 |
| | *City           State           Zip Code* |
| County | Multnomah |
| Telephone Number | (503)-988-3162 |
| E-Mail Address *(if known)* | DA@mcda.us |

[✓] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nikolas Matiatos |
| Job or Title *(if known)* | Deputy Distric Attorney |
| Address | 1120 SW 3rd |
| | portland           or           97204 |
| | *City           State           Zip Code* |
| County | Multhnomah |
| Telephone Number | (503)-988-4426 |
| E-Mail Address *(if known)* | Nikolasmatiatos@mcda.us |

[ ] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Marisa Fonsica
- Job or Title (if known): Operations supervisor
- Address: 1120 Sw 3rd
  - City: portland
  - State: or
  - Zip Code: 97204
- County: Multhnomah
- Telephone Number: (503)-503988-3860
- E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
The First Amendment Rights
4th Amendment rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

> The First Amendment Of The constitution
> 4th Amendment rights Of the constitution

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Marisa Fanceca lie to me about my case and told me don't not call us if you want to talk with us Only in wittering
> Nikolas Matiatos DA on my case don't not want to talk with me
> DA Mike Schmite district attorney of my county don't not want hear me or talk with me

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
> i made complain about Marisa Fonceca in pass with DA about lying to me about my case and on jul 27 2022 i call DA office and Marisa fonceca take her action against me to not call DA office she only said you can talk with us in writing ?
> so what she gone to do with my case what going to happen my case on futures?

B. What date and approximate time did the events giving rise to your claim(s) occur?
> taking my rights from me as Victim of crime

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
> i do have mental health issue from the accident and assault and my damage my personal property.
> on jul 27 2023 i call to talk with DA about my case and about my what i'm going true
> Marisa Fonceca told me don't not call us only communication with us by writing she took my freedom of speech silence my voice my right is mean my life to me my freedom of speech taking from
> i went to there office is open to the public on justice Center and Marisa Fonceca call shariffs on me to leave Justice center
> i called crisis line to suicide to ending my life i was in so much pain crisis line call police and police come to me and talk with me and they call Project Respond

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

i do have mental health issue from the accident and assault and my damage my personal property.

on jul 27 2023 i call to talk with DA about my case and about my what I'm going true

Marisa Fonceca told me don't not call us only communicate with us by writing she took my freedom of speech silence my voice my right is mean my life to me my freedom of speech taking from i went to there office is open to the public on justice Center and Marisa Fonceca call Multnomah shariffs on me

i had mental heath break down i call crisis line i was going to suicide i was in so much pain  crisis line call police and police come to me and talk with me and they call Project Respond to talk with me and clam em down

im still suffering and living in pain in my life from my freedom taking from me by Phone Operation super visor

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

i want to The court house to give me my rights back and holding them accountable

and want my first amendment of The constitution back to me as US citizen

I'm asking for compensation for my pain and suffering and emotional distress Amount one hundred and twenty thousand dollars  $120,000,00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  10/13/2022

Signature of Plaintiff   khalid caldwell sat
Printed Name of Plaintiff   khalid caldwell sat

### B.  For Attorneys

Date of signing:  10-20-2023

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                City          State       Zip Code

Telephone Number
E-mail Address