IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KHALID CALDWELL SAT**, | Case No. 23-cv-1546-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MIKE SCHMIDT, NIKOLAS MATIATOS, and MARISA FONSECA**, | |
| Defendants. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 23rd day of September, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT